**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail:  nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR  97204-3211
Telephone:  503-417-0508
Fax:  503-417-0528
Counsel for Defendant Trans Union, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (EUGENE)

| | |
|---|---|
| **JEFFREY SCOTT OTTO,**<br>         **Plaintiff,**<br><br>         vs.<br><br>**TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, NATIONAL ASSOCIATION; DISCOVER BANK; CENTRAL WILLAMETTE CREDIT UNION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and DOES 1 THROUGH 100 inclusive;**<br>         **Defendants.** | **CASE NO. 6:21-cv-00379-AA**<br><br>**TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Page 1 – **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
{00436835:1}

Respectfully submitted,

MOTSCHENBACHER & BLATTNER, LLP

_____

**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Counsel for Defendant Trans Union, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **16th day of April, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Kyle W. Schumacher, Esq. kyle@schumacherlane.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the _____ **day of** _____, 2021, properly addressed as follows:

| None | |
|---|---|

**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Counsel for Defendant Trans Union, LLC**

Page 3 – **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
{00436835:1}